UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED
APR 20 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

RE: Sebastian Mercado-Montano
Docket Number: 1:03CR05358-01
**Dismissal of Expired Warrant Case**

Your Honor:

This memorandum is to request the Court vacate and recall the Petition for Warrant or Summons for Offender Under Supervision filed in the above-referenced case on March 30, 2004, and recall the warrant issued April 14, 2004. Pursuant to the Ninth Circuit's ruling in U.S. v. Vargas-Amaya, 389 F. 3d 901 (2004), jurisdiction in this matter has expired.

The Vargas-Amaya case ruled that a warrant alleging a violation of supervised release must be based on facts supported by oath or affirmation as required by the warrant clause of the Fourth Amendment. In response to this ruling, our office superseded many petitions with an oath/declaration statement and added a probable cause finding and order statement for the Court to sign. This particular case was inadvertently missed and the petition was not superseded. This case terminated on January 2, 2006, and because the original warrant was unsupported by an oath or affirmation, the warrant is invalid and jurisdiction has expired. It is recommended the Court dismiss this case and recall the warrant.

Rev. 3/98
MEMO-CT.MRG

Honorable Anthony W. Ishii      **RE:**   Sebastian Mercado-Montano
Fresno, California                      **Docket Number: 1:03CR05358**

---

### THE COURT ORDERS

(✓) Vacate the Probation 12C - Petition for Warrant or Summons for Offender Under Supervision and recall the warrant in the matter of Sebastian Mercado-Montano, Docket No.: 1:03CR05358-01, pursuant to U.S. v. Vargas-Amaya.

4-17-09
Date

Anthony W. Ishii
Chief United States District Judge

Respectfully submitted,

James E. Herbert
**Assistant Deputy Chief U.S. Probation Officer**

**REVIEWED BY:**

Chief United States Probation Officer

Dated:    April 17, 2009
           Fresno, California
           JEH

cc:    Mark Cullers, Assistant United States Attorney

      Marc Ament, Defense Counsel

      United States Marshal Service